McCARTHY, JOHNSON & MILLER
    Law Corporation
LORI A. NORD,  SBN #87992
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:   (415) 882-2999
E-mail: lnord@mjmlaw.us

Attorneys for Plaintiffs

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND; AND BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY PENSION TRUST FUND,

   Plaintiffs,

v.

KIRK BRIGGS SIGNS, a California corporation,

   Defendant.

No. C 12-5301 MEJ

**APPLICATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT AND EXTEND CASE MANAGEMENT DATE AND ORDER**

The Defendant has agreed to allow an audit of its books and records.  Plaintiffs have therefore granted defendant a sixty (60) day extension of time until January 14, 2013 in which to answer the complaint served on defendant on October 23, 2012.  (See, Return of Summons and Proof of Service filed October 31, 2012.)  No previous extension of time has been granted.  The defendant informed plaintiffs' counsel that it prefers not to hire an attorney if possible for the presentation of a stipulated request for extension of time.

Plaintiff therefore request that the Court grant this extension and extend the Case Management Conference dates as follows:

.     1.     Continue the Initial Case Management Conference currently scheduled for January 17, 2013 at 10:00 a.m. to sometime on or after February 28, 2013 (to be scheduled at the Court's convenience); and

2. Extend the other dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines by 30 days.

McCARTHY, JOHNSON & MILLER

Dated: December 11, 2012          By: _____s/_____
                                      LORI A. NORD
                                      Attorneys for Plaintiffs

IT IS SO ORDERED that the date for the defendant to answer the complaint or otherwise plead is extended to January 14, 2013 and the December 26, 2012 and January 10, 2013 dates in the initial case management conference order are extended to January 28, 2013 and February 12, 2013 respectively. IT IS FURTHER ORDERED, the Initial Case Management Conference scheduled for January 17, 2013 be continued to March __21__, 2013 at 10:00 a.m., in Courtroom B, 15th Floor of this Court. All other case management deadlines are adjusted accordingly.

Dated: December 13, 2012          _____
                                  MARIA-ELENA JAMES
                                  United States Magistrate Judge