| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | Law Corporation |
| 2 | LORI A. NORD, SBN #87992 |
| | ANA HALLMON, ESQ., #253309 |
| 3 | 595 Market Street, Suite 2200 |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 882-2992 |
| | Facsimile: (415) 882-2999 |
| 5 | E-mail: lnord@mjmlaw.us |
| | e-mail: ahallmon@mjmlaw.us |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND; AND BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY PENSION TRUST FUND, | No. C 12-5301 MEJ |
| Plaintiffs, | APPLICATION FOR EXTENSION OF TIME TO EXTEND CASE MANAGEMENT DATES AND ORDER |
| v. | |
| KIRK BRIGGS SIGNS, a California corporation, | |
| Defendant. | |

The Defendant allowed an audit of its books and records. Plaintiffs have filed an amended complaint based upon the results of that audit, which they served by mail on the defendant on February 15, 2013 (Document No. 10). Defendant's Answer is due on March 11, 2013. Plaintiff therefore request that the Court grant this extension and extend the Case Management Conference dates as follows:

1.   Extend the dates set forth in the Order Continuing Case Management Conference and related Deadlines as follows:

a)   April 30, 2013 is the last day to:

Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

   file ADR Certification signed by Parties and Counsel (form available at http.//www.cand.uscourts.gov); and

   file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference) form available at http.//www.cand.uscourts.gov).

  b) May 17, 2013 is the last day to file Rule 26(f) Report and complete initial disclosures or state objection in Rule 26(f) Report.

  2. Continue the Initial Case Management Conference currently scheduled for March 21, 2013 at 10:00 a.m. to sometime on or after May 30, 2013 (to be scheduled at the Court's convenience); the parties shall file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http//www.cand.uscourts.gov) at least 7 calendar days before the conference is scheduled.

              McCARTHY, JOHNSON & MILLER

Dated: February 26, 2013    By: _____s/_____
                LORI A. NORD
               Attorneys for Plaintiffs

  IT IS SO ORDERED that the case management conference dates are extended to as set forth above.  IT IS FURTHER ORDERED, the Initial Case Management Conference scheduled for March 21, 2013 be continued to _____May 30_____, 2013 at 10:00 a.m., in Courtroom B, 15th Floor of this Court.

Dated: __February 26, 2013__     _____
               MARIA ELENA JAMES
               United States Magistrate Judge