IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY PENSION TRUST FUND, et al.,

    Plaintiffs,

  v.

KIRK BRIGGS SIGNS,

    Defendant.

No. C 12-05301 WHA

**ORDER SETTING HEARING ON MOTION FOR DEFAULT JUDGMENT**

Plaintiffs moved for default judgment against defendant, who has not appeared in this action. Magistrate Judge Maria-Elena James prepared a report and recommendations and issued an order to reassign the action to a district judge (Dkt. No. 27). The parties are **ORDERED** to appear for a hearing on the motion on **JUNE 20 AT 8:00 A.M.** Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiffs shall mail courtesy copies of this order and Magistrate Judge James' report to the defendant via first-class mail.

**IT IS SO ORDERED.**

Dated: May 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE