IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KIRK BRIGGS SIGNS,<br><br>    Defendant.<br>_____ / | No. C 12-05301 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order adopting the report and recommendation of Magistrate Judge Maria-Elena James, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant as follows:

1. fringe benefit contributions in the amount of $51,782.66;

2. liquidated damages in the amount of $10,356.53;

3. pre-judgment interest through February 14, 2013 on the unpaid fringe benefit and liquidated damages amount in the sum of $15,121.40;

4. audit fee in the amount of $492.00;

5. post-judgment interest, on unpaid sums, which shall continue to accrue interest at

a rate of ten percent (10%) per annum from February 14, 2013 until paid; and

6. attorneys' fees and costs in the amount of $5,333.00

The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2