IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE FUND, et al.,

    Plaintiffs,

v.

KIRK BRIGGS SIGNS,

    Defendant.

No. C 12-05301 WHA

**JUDGMENT**

For the reasons stated in the accompanying order adopting the report and recommendation of Magistrate Judge Maria-Elena James, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant as follows:

1. fringe benefit contributions in the amount of $51,782.66;
2. liquidated damages in the amount of $10,356.53;
3. pre-judgment interest through February 14, 2013 on the unpaid fringe benefit and liquidated damages amount in the sum of $15,121.40;
4. audit fee in the amount of $492.00;
5. post-judgment interest, on unpaid sums, which shall continue to accrue interest at

a rate of ten percent (10%) per annum from February 14, 2013 until paid; and

6. attorneys' fees and costs in the amount of $5,333.00

The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  June 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2